|                                                                                                    |                        |
| -------------------------------------------------------------------------------------------------- | ---------------------- |
| UNITED STATES DISTRICT COURT<br>DISTRICT OF PUERTO RICO                                            |                        |
| UNITED STATES FIDELITY & GUARANTY COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>JUAN D. MIESES, his wife CARMEN ACOSTA, and the Conjugal Partnership established between them,<br><br>    Defendants. | Civil No. 04-1984 (JAF) |

**JUDGMENT BY DEFAULT**

On December 16, 2004, the Plaintiff, United States Fidelity & Guaranty Co. (USF&G), filed the above-captioned action. The various Defendants in this action were summoned by publication published in the local newspaper *Primera Hora* on December 18, 2004. As more than thirty days have elapsed without any of the Defendants answering the Complaint requesting an extension of time to do so or otherwise filing a proper responsive pleading, the Plaintiff filed, on February 16, 2005, a Motion for the Entry of Default. Docket Document No. 8. Default was entered on February 22, 2005. Docket Document No. 9.

On May 12, 2005, USF&G filed a motion requesting judgment by default against all Defendants. Docket Document No. 10. Upon careful examination of the documents presented by the Plaintiff and the entire record before this court, Plaintiff's motion is **GRANTED.**

Civil No. 04-1984 (JAF)                                                    -2-

Consequently, judgment is entered in favor of the Plaintiff. Plaintiff may recover from the Defendants the following amounts due as of May 9, 2005: (a) $2,004,504.65 in costs associated with discharge payments under payment bond obligations; (b) $4,186,910.94 in costs associated with discharge payments under performance bond obligations; and (c) $809,531.02 for all other expenses and costs incurred by Plaintiff to date (including attorney and consultant fees); for a total of $7,000,946.61.

Pursuant to the statements made by Plaintiff USF&G in <u>Docket Document No. 10</u>, the court may entertain a petition to amend the judgment for good cause shown.

San Juan, Puerto Rico, this 27th day of May, 2005.

                  S/José Antonio Fusté
                  JOSE ANTONIO FUSTE
                  Chief U. S. District Judge